**Order entered April 29, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01083-CV

### MICHAEL D. HEATLEY, HEATLEY CAPITAL CORPORATION, AND HC DEVELOPERS, LLC, Appellants

### V.

### RED OAK 86, LP. AND CHARLES JOHNSON, Appellees

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-08-09010**

## ORDER

On April 17, 2019, after court reporter Vielica Dobbins informed the Court the reporter's record was ready to be filed but final payment had not been received, we ordered appellants to file written verification they had paid for the record. Appellants have complied. Accordingly, we **ORDER** Ms. Dobbins to file the record no later than May 9, 2019.

We **DIRECT** the Clerk of the Court to send a copy of this order to Ms. Dobbins and the parties.

/s/     KEN MOLBERG
JUSTICE